UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JONATHAN HARRIS,

    Plaintiff,

  v.

MOBILOANS,

    Defendant.

Case No.16-cv-04580-NC

**ORDER TO SHOW CAUSE**

Plaintiff has failed to file a consent or declination to the jurisdiction of a magistrate judge and has failed to file an opposition to the motion to dismiss by the October 3 deadline. Harris has until October 11, 2016, to file an opposition and to consent or decline to magistrate judge jurisdiction.

If no response is filed, this Court will dismiss the case for failure to prosecute. Fed. R. Civ. P. 41(b).

**IT IS SO ORDERED.**

Dated: October 6, 2016

_____
NATHANAEL M. COUSINS
United States Magistrate Judge

Case No.16-cv-04580-NC